IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| JAMES MONTGOMERY | PLAINTIFF |
|---|---|
| VS. | CIVIL ACTION NO.: 5:05CV217-DCB-CS |
| STATE OF MISSISSIPPI, CITY OF VICKSBURG, LAURENCE E. LEYENS, IN HIS UNOFFICIAL AND OFFICIAL CAPACITY AS MAYOR, SIDNEY H. BEAUMAN, IN HIS UNOFFICIAL AND OFFICIAL CAPACITY AS ALDERMAN | DEFENDANT |

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all of the Plaintiffs' claims in the above-titled action against Defendants, the State of Mississippi, the City of Vicksburg, Mississippi, Laurence E. Leyens, in His Unofficial and Official Capacity as Mayor, and Sidney H. Beauman, in His Unofficial and Official Capacity as Alderman are hereby dismissed with prejudice.

IT IS, THEREFORE, ORDERED that all of Plaintiffs' claims in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the   31st   day of August, 2007.

                                                          s/ David Bramlette
                                           UNITED STATES DISTRICT JUDGE

   /s/Lisa M. Ross
LISA M. ROSS

  /s/Gary E. Friedman
GARY E. FRIEDMAN

JO.99365500.1